

### LAW OFFICES OF
## JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

January 7, 2022

*Via ECF*
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____               │
│ DATE FILED: _1/7/22_         │
└─────────────────────────────┘
```

*Re: United States v. Daquan Murphy, 21 Cr. 280 (AJN)*

Your Honor:

I represent Daquan Murphy in the above matter. We write to request a modification of Mr. Murphy's bond conditions to remove home detention and location monitoring. Since May 6, 2021, Mr. Murphy has been on pre-trial release and has remained in full compliance with all conditions. Pre-Trial Services Officer Ashley Cosme has recommended that home detention and location monitoring be removed as conditions of his pre-trial release. The government defers to pre-trial's recommendation. We request that Your Honor order these conditions be removed.

SO ORDERED.

1/7/22

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:     AUSA Alexandra Rothman (*via ECF and Electronic Mail*)
        AUSA James Ligtenberg (*via ECF and Electronic Mail*)
        Pre-Trial Services Officer Ashley Cosme (*via ECF and Electronic Mail*)