UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

    - v. -                       :

DAQUAN MURPHY,                  :

             Defendant.   :
- - - - - - - - - - - - - - - x

**ORDER**

S1 21 Cr. 280 (AKH)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 8, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        June 1, 2022

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE