

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

December 16, 2022

**SUBMITTED ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

/s/ Alvin Hellerstein
December 19, 2022

*Re: United States v. Daquan Murphy, 21 Cr. 280 (AKH)*

Dear Judge Hellerstein:

    I represent Daquan Murphy in the above-referenced matter.  This case is scheduled for sentencing on January 3, 2023.  As the court is aware, counsel was on trial for 5 weeks before the Honorable William F. Kuntz, II, in *U.S. v. Davon Brown*, 20 Cr. 293 (WFK), Eastern District of New York, which only concluded shortly before Thanksgiving.

    We write to respectfully request a brief 3 day extension to file our sentencing submission that is due on December 20, 2022.  The government consents to this request.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc:    AUSA Alexandra Rothman
        AUSA James Ligtenberg