UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA     :
    :
    :    **SCHEDULING ORDER**
    :
   -against-     :
    :    21 Cr. 280 (AKH)
    :
    :
DAQUAN MURPHY,     :
    :
    Defendant.  :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference for Defendant's violation of supervised release is adjourned to

May 14, 2026 at 11:30 a.m. in Courtroom 14D.

SO ORDERED.

Dated:     April 9, 2026         _____/s/ Alvin K. Hellerstein_____
         New York, New York         ALVIN K. HELLERSTEIN
                           United States District Judge