**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 13, 2026

So ordered
7-14-26
Alvin K. Hellerstein

**VIA EMAIL AND ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Daquan Murphy*, 21 Cr. 280 (AKH)**

Dear Judge Hellerstein:

The Government respectfully writes, with the consent of the defendant and the Probation Office, to request that the Court dismiss the pending VOSR specifications against the defendant and cancel the upcoming court appearance currently scheduled for July 15, 2026, at 11:00 a.m. As the Court is aware, on January 13, 2026, a VOSR petition was filed against the defendant following the defendant's arrest for controlled substance offenses in the Bronx. Those state charges were recently dismissed. The parties have conferred and the Government understands that the defendant has been compliant with the terms of his supervised release, although he is still looking for employment following a recent injury. The defendant agrees to continue to seek employment both on his own and by utilizing the assistance that Probation has to offer. In light of this, the Government respectfully submits that the pending VOSR specifications can be dismissed, and the July 15, 2026 court appearance can be cancelled. If the Court disagrees and intends to keep the upcoming court appearance, the Government respectfully requests that the Court adjourn the July 15, 2026 appearance until a date after July 20, 2026, because the Government and defense counsel are unavailable on July 15, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
Tel.: (212) 637-2580

cc: Lisa Scolari, Esq.
Alexandria Hirsh, U.S. Probation Officer Specialist