UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DAQUAN MURPHY,<br><br>Defendant. | **SCHEDULING ORDER**<br><br>21 Cr. 280 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The hearing for Defendant's violation of supervised release scheduled to begin September 9, 2026 at 10 a.m. shall instead begin at 2:30 p.m.

SO ORDERED.

Dated: September 8, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge